```
            UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Brenda L. Rand

   v.                                  Civil No. 11-cv-55-PB

Town of Exeter, et al.


**NOTICE OF RULING**

    Re:  Document No. 20, Motion for Discovery

    Ruling: There are two problems with the motion to compel. First, plaintiff's motion and memorandum are, in combination, a total of forty-six pages.  This exceeds by thirty-one pages the page limit for memoranda in support of non-dispositive motions in LR 7.1(a)(3).  Second, it is not at all clear that counsel met and conferred in a genuine attempt to resolve the discovery dispute prior to seeking court intervention, as required by Fed. R. Civ. P. 37(a)(1) and LR 7.1(c).  The motion is denied without prejudice for failure to comply with the rules of court.

                                                    _____
                                                    Landya McCafferty
                                                    United States Magistrate Judge

Date: August 13, 2013

cc: Duncan J. MacCallum, Esq.
    William G. Scott, Esq.
    Daniel J. Mullen, Esq.